**Opinion issued September 23, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00386-CV

————————————

## IN RE HARRIS COUNTY APPRAISAL DISTRICT, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Harris County Appraisal District, has filed a petition for writ of

mandamus challenging (1) the trial court's March 25, 2021 order granting real party

in interest's motion for protection, (2) the trial court's April 30, 2021 order denying

relator's motion to compel document production, and (3) the trial court's June 15, 2021 order denying relator's motion for summary judgment.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1] The underlying case is *Stolt-Nielsen USA Inc. and Stolthaven Houston Inc. v. Harris County Appraisal District*, cause number 2019-71944, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.